IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STEVE DEER, *Individually and on Behalf of All Others Similarly Situated*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| JGB OILFIELD SERVICES, LLC, | ) ) ) |
| Defendant. | ) Civil Action No. 5:21-CV-215-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered civil action be **DISMISSED** without prejudice.

SIGNED this 30th day of November, 2021.

/s/ Sam R. Cummings
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE